DANIEL PETRINO, JR., an Infant, by His Guardian ad Litem, DANIEL PETRINO, SR., et al., Respondents, v. DE BLASIO & SONS, INC., Appellant.— Action to recover damages for personal injuries sustained by the infant plaintiff in tripping over one of a number of long pieces of steel curbing which were left on the ground at a street intersection by defendant, in the course of its work as contractor for the paving of the sidewalks at the location, and by the infant's father for expenses. Judgment in favor of plaintiffs and against the defendant unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Hagarty, Johnston, Aldrich and Nolan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLAUDIUS JOHNSON, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of assault in the third degree, unanimously affirmed. No opinion. Appeal from sentence dismissed. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN ROCKOWER, Appellant.— Defendant appeals from a judgment of the County Court, Queens County, convicting him of the crime of burglary in the third degree, committed as a fourth offense. Judgment unanimously affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KRAUSHAAR BROS. & CO., INC., Appellant, against WARREN THORPE, as Mayor of the Village of Lawrence, et al., Respondents. [170 Barrett Road, Village of Lawrence.]— In a tax certiorari proceeding, relator appeals from the final order which reduces the assessed valuation of its property, insofar as such final order refuses to reduce further such assessed valuation as requested by relator. Order, insofar as appealed from, unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ.

STAINLESS METALS, INC., Appellant, v. FOOD MACHINERY CORPORATION, Respondent.— Action to recover the agreed price for the manufacture and sale of certain merchandise made by the plaintiff under a contract with the defendant. Defendant moved to bring in the Deerfield Packing Corporation as a party defendant. From an order granting the motion, plaintiff appeals. Order reversed on the law and the facts, with $10 costs and disbursements, and the motion denied, with $10 costs. Assuming, without deciding, that the contracts between the plaintiff and the defendant, and the defendant and the Deerfield Packing Corporation, are identical in their terms, the granting of the motion to bring in the Deerfield Packing Corporation as a defendant was improvident. The proposed additional defendant is a foreign corporation and plaintiff should not be burdened with the hazards or subjected to the prejudice that might result in connection with trying to obtain jurisdiction over such a foreign corporation, or the complications which might ensue if such a defendant moved to transfer the action to the Federal court on the ground of diversity of citizenship. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.